# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARMEN BRISENO

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5587JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court AFFIRMS the Social Security Administration's denial of Plaintiff's application for social security benefits.

|  |  |
|---|---|
| August 18, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |